UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23422-CIV-ALTONAGA/Reid

**VICTOR MAY**,

    Movant,
v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge Lisette M. Reid's Report of Magistrate Judge Re Unauthorized Successive Motion — 28 U.S.C. [Section] 2255 ("Report") [ECF No. 4], entered on August 24, 2020. On August 18, 2020, Movant, Victor May, filed a *pro se* Motion under 28 U.S.C. [Section] 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [ECF No. 1]. The Clerk referred the case to Magistrate Judge Reid under Administrative Order 2019-2 for a report and recommendation on any dispositive matters. (*See* Notice [ECF No. 2]). In her Report, Judge Reid recommends Movant's Motion be dismissed as an unauthorized successive motion under 28 U.S.C. section 2255. (*See* Report 4).

Under 28 U.S.C. section 2244(b)(3)(A), "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A) (alteration added); *see also Farris v. United States,* 333 F.3d 1211, 1216 (11th Cir. 2003) (per curiam) ("The AEDPA provides that, to file a second or successive § 2255 motion, the movant must first file an application with the appropriate court of appeals for an order authorizing the district court to consider it."). As explained in the Report, this is the second time

CASE NO. 20-23422-CIV-ALTONAGA/Reid

Movant has filed a federal habeas petition. Movant's previous section 2255 motion was denied as time barred. *See May v. United States*, No. 18-23385-Civ-Altonaga (S.D. Fla. Nov. 5, 2018), *certificate of appealability denied*, No. 18-15173-H (11th Cir. Apr. 8, 2019). The Report advises Movant he has time to file objections to the Report (*see id*. 4), but the Court sees no basis for an objection.[1] The Court agrees with Judge Reid and finds the Motion must be dismissed for lack of jurisdiction as an unauthorized successive section 2255 Motion.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Report of Magistrate Judge Re Unauthorized Successive Motion — 28 U.S.C. [Section] 2255 **[ECF No. 4]** is **ADOPTED**. Movant's Motion under 28 U.S.C. [Section] 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody **[ECF No. 1]** is **DISMISSED** for lack of jurisdiction. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   Magistrate Judge Lisette M. Reid
      Movant, Victor May, *pro se*

---

[1] Should Movant have a basis to disagree with the Report and this Order, he may file a motion for reconsideration of this Order.